UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE W. CARGILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:16-cv-00949-KJN<br><br><br>ORDER |

　　　　In light of the Ninth Circuit Court of Appeals' memorandum disposition filed on March 6, 2019 (ECF No. 23), and the formal mandate issued on April 29, 2019 (ECF No. 24), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's memorandum disposition.

　　　　The Clerk of Court shall close this case in the district court.

　　　　IT IS SO ORDERED.

Dated: May 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1