UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE W. CARGILL,<br><br>          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>          Defendant. | No. 2:16-cv-949-KJN<br><br><br>ORDER AMENDING  EAJA |

On July 9, 2019, the Court awarded Plaintiff $20,275.44 under the EAJA.  (ECF No. 31.) Thereafter, Defendant moved to amend the award, requesting the Court differentiate between the grant of EAJA fees and expenses and the award of costs.  See 28 U.S.C. § 2412(a)(1), (d)(1)(A). Defendant avers that "unlike expenses, costs are administered by the Department of Justice and are paid out of the Judgment Fund, not from the Commissioner's funds."  (ECF No. 32.)

Under Rule 60(a), the Court hereby corrects the award (ECF No. 31) as follows:

1.  Plaintiff is awarded $19,370.44 in EAJA fees and expenses;

2.  Plaintiff is awarded $905.00 in costs (filing fees).

IT IS SO ORDERED.

Dated:  July 29, 2019

carg.949

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1